```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

ANDREA NEWTON                                          PLAINTIFF

VS.                      CASE NO. 06-5153

CLINICAL REFERENCE LABORATORY,
GLOBALLAB SOLUTIONS, INC. and
JOE D. SPATARO, M.D.                                  DEFENDANTS

### O R D E R

Now on this 20th day of November, 2006, there comes on for consideration the motion to relieve J. Mac Morgan of the order to register as a CM/ECF user (Doc. 30). Due to extenuating circumstances, the Court finds the motion should be GRANTED, and J. Mac Morgan is excused from registering as a CM/ECF user. However, it will be the responsibility of Plaintiffs' lead counsel, Mark T. Hamby, to keep Mr. Morgan apprised of any and all activity, to include deadlines, in this case. Further, electronic service upon Mark T. Hamby will be construed as proper service upon J. Mac Morgan. Finally, if, during the course of this litigation, Mr. Morgan obtains the capabilities needed to utilize the CM/ECF system, he shall immediately register as a CM/ECF user.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge