```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

ANDREA NEWTON                                                PLAINTIFF

V.                      Civil No. FA-06-5153

CLINICAL REFERENCE LABORATORY,
INC., a foreign corporation;
GLOBALLAB SOLUTIONS, INC., a
foreign corporation; and
JOSEPH D. SPATARO, M.D.,
an individual                                               DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' motions to dismiss (Docs. 5, 19, & 13) are GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE, with each party to bear its own costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 28th day of December 2006.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

AO72A
(Rev. 8/82)